**ARNOLD & PORTER KAYE SCHOLER LLP**
S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

*Attorneys for Defendant MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Servadio,<br><br>    Plaintiff,<br><br>    v.<br><br>Monsanto Company,<br><br>    Defendant. | Case No. _____<br><br>**MONSANTO COMPANY'S NOTICE OF REMOVAL OF *SERVADIO* LAWSUIT** |

By filing this Notice of Removal and related papers, defendant Monsanto Company ("Monsanto") hereby removes this lawsuit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws). In accordance with Section 1446(a), Monsanto provides the following statements of grounds for removal.

## **JURISDICTION**

1.   This lawsuit seeks damages for personal injuries – non-Hodgkin's lymphoma ("NHL") – allegedly caused by Plaintiff William Servadio's exposure to Monsanto's Roundup®-branded herbicides, which have glyphosate as their active ingredient. Multidistrict litigation proceedings involving numerous other Roundup® lawsuits are pending in the United States District Court for the Northern District of California. *In re Roundup Prod. Liab. Litig.*, Case No. 16-md-02741-VC.

///

///

2. As discussed in more detail below, Monsanto removes this lawsuit because this Court has subject matter jurisdiction based on diversity of citizenship. Plaintiff is a citizen of California. For purposes of diversity jurisdiction, Monsanto is deemed to be a citizen of Missouri (where its principal place of business is located) and Delaware (Monsanto's state of incorporation). Accordingly, complete diversity of citizenship exists in this case as required by 28 U.S.C. § 1332. The statutory amount-in-controversy requirement is also satisfied because Plaintiff seeks damages for cancer allegedly caused by exposure to Monsanto's Roundup®-branded herbicides.

## BACKGROUND AND PROCEDURAL HISTORY

3. Since January 2018, a Judicial Council Coordinated Proceeding – *Roundup Products Cases*, JCCP No. 4953 – for lawsuits alleging NHL caused by exposure to Monsanto's Roundup®-branded herbicides has been pending in the Superior Court of the State of California for Alameda County. Judge Winifred Smith is presiding over JCCP No. 4953.

4. On January 25, 2019, Judge Smith issued an order that required each plaintiff to file his or her "own individual complaint," January 25, 2019 Order ¶ 1 (hereinafter, "JCCP Severance Order"), and ordered, "for previously filed complaints with more than one plaintiff, that by the earlier of (1) 6/30/19 or (2) 30 days after the date the case is assigned for trial, that all plaintiffs except one per case must be dismissed and the other plaintiffs must file their own individual complaint as in paragraph 1," *id*. ¶ 2.

5. In April 2019, Mr. Servadio (with certain other plaintiffs unrelated to Mr. Servadio) commenced a lawsuit against Monsanto for NHL allegedly caused by exposure to Monsanto's Roundup®-branded herbicides by filing a Complaint in the Superior Court of the State of California for Sacramento County, captioned *Blanton, et al. v. Monsanto Company, et al.*, Case No. 34-2019-253920.

6. In October 2019, Judge Smith issued an order adding the *Blanton* lawsuit to JCCP No. 4953. The parties had agreed to add that lawsuit to JCCP No. 4953 and had made that request in a Stipulation and Proposed Order. Thus, the *Blanton* lawsuit became subject to the JCCP Severance Order discussed above.

7. On December 6, 2019, pursuant to the JCCP Severance Order, Plaintiff commenced the lawsuit at issue here by filing a complaint in the Superior Court of the State of California for Sacramento County, captioned *Servadio v. Monsanto Company*, Case Number 34-2019-00270847 (the "State Court Action"). A copy of the Complaint (which has been filed in the State Court Action but not yet formally served on Monsanto) is attached as Exhibit 1.

8. The Complaint asserts various product liability claims against Monsanto and seeks damages for NHL allegedly caused by Monsanto's Roundup®-branded herbicides. Monsanto is the only defendant named in the Complaint.

**BASIS FOR REMOVAL – DIVERSITY JURISDICTION**

**I.  Substantive Requirements For Removal Are Satisfied.**

9. Plaintiff is, and was at the time the State Court Action was filed, a citizen of the State of California. Complaint ¶ 14.

10. Monsanto is, and was at the time the State Court Action was filed, a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Missouri. Complaint ¶ 15. Thus, Monsanto is deemed to be a citizen of Delaware and Missouri, for purposes of federal diversity jurisdiction.

11. The Complaint seeks compensatory and punitive damages based on the allegations that Monsanto's Roundup®-branded herbicides caused Plaintiff to develop cancer (NHL). Therefore, it is plausible from the face of the Complaint that Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs, which satisfies the jurisdictional amount-in-controversy requirement. 28 U.S.C. § 1332(a); *see Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 554 (2014) ("[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold."); *see also Ross v. First Family Fin. Servs., Inc.*, No. 2:01CV218-P-B, 2002 WL 31059582, at *8 (N.D. Miss. Aug. 29, 2002) ("[U]nspecified claims for punitive damage sufficiently serve to bring the amount in controversy over the requisite jurisdictional threshold set out in 28 U.S.C. § 1332."). In fact, numerous other lawsuits seeking damages for NHL allegedly caused by Roundup®-branded herbicides have been filed against Monsanto in various federal courts asserting jurisdiction under Section 1332(a) and

alleging damages in excess of $75,000, exclusive of interest and costs.

12. In sum, this Court has original subject matter jurisdiction over this action based on Section 1332(a) because there is complete diversity of citizenship between Plaintiff and Monsanto, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**II. Procedural Requirements For Removal Are Satisfied.**

13. The Superior Court of the State of California for Sacramento County is located within the Eastern District of California. Therefore, removal to this Court satisfies the venue requirements of 28 U.S.C. § 1446(a).

14. This Notice of Removal is timely. When Plaintiff filed his claims against Monsanto in the *Blanton* lawsuit, the "case stated by the initial pleading [in the *Blanton* lawsuit was] not removable," 28 U.S.C. § 1446(b)(3), because the Complaint named two defendants that were California citizens.

15. The claims at issue here only became removable after they were severed and re-filed in the State Court Action, with Plaintiff electing to name Monsanto as the only defendant.

16. Although Plaintiff's counsel provided Monsanto's counsel with a courtesy copy of the Complaint filed in the State Court Action, Monsanto has not received notice of process in the State Court Action. Therefore, there is currently no deadline for Monsanto to file this removal notice. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

17. The written notice required by 28 U.S.C. § 1446(d) will be promptly filed in the Superior Court of the State of California for Sacramento County and will be promptly served on Plaintiff.

18. Monsanto does not waive any legal defenses and expressly reserves its right to raise any and all legal defenses in subsequent proceedings.

19. If any question arises as to the propriety of this removal, Monsanto requests the opportunity to present written and oral argument in support of removal.

## CONCLUSION

For the foregoing reasons, Monsanto removes this lawsuit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws).

| | | |
|---|---|---|
| 1 | DATED:  January 3, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ S. Zachary Fayne<br>S. Zachary Fayne (CA Bar No. 307288) |
| 4 | | (zachary.fayne@arnoldporter.com)<br>ARNOLD & PORTER KAYE SCHOLER LLP |
| 5 | | Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Tel: 415-471-3100 |
| 6 | | Fax: 415-471-3400 |
| 7 | | Attorneys for Defendant MONSANTO COMPANY |